**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Postmark
Here

Postage | $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & F | $

Sent To    **Deborah L Berry**
Street, Apt. No.;    **2171 Patton Hill Road**
or PO Box No.
City, State, ZIP+4    **Chillicothe, OH 45601**

7001 2510 0000 8009 8859