**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

**DEBORAH L. DOUGLASS-MAKNI**
    Plaintiff,

-vs-                                                                   Case No. C-1-01-763

**VILLAGE OF PEEBLES, et al**

    Defendants.

## JUDGMENT IN A CIVIL CASE

|   |   |   |
|---|---|---|
|   | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| X | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

THAT THE REPORT & RECOMMENDATION OF THE MAGISTRATE (DOC. 55) IS **ADOPTED**. PLTF'S MOTION TO DISMISS IS **GRANTED WITHOUT PREJUDICE**; DEFTS VILLAGE OF PEEBLES, PEEBLES POLICE DEPT AND JODY ADKIN'S MOTION FOR SUMMARY JUDGMENT (DOC. 45) IS **DENIED AS MOOT**; DEFT DAVID CRUEA'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO SUBMIT SUPPLEMENTAL AUTHORITY (DOCS 46 & 49) ARE **DENIED AS MOOT**; THIS CASE IS **DISMISSED AND TERMINATED** ON THE DOCKET OF THIS COURT. COSTS SHALL BE ASSESSED AGAINST PLTF.

Date: October 2, 2003                                  KENNETH J. MURPHY, JR., CLERK

                                                                                 By:s/   Paul Hennessey
                                                                                    Paul Hennessey, Deputy Clerk